IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  Criminal No.:3:08cr89 DPJ-JCS

DWAYNE G. DEER

O R D E R

This matter having come before the Court on the motion of the United States of America to transfer this cause for plea and sentencing to United States District Judge Tom S. Lee, and the Court having considered the motion, finds that it will be in the interest of judicial efficiency for this case to be reassigned to Judge Tom S. Lee, and that the motion is well taken and should be granted.

IT IS FURTHER ORDERED that this case is hereby reassigned to United States District Judge Tom S. Lee for all purposes.

**SO ORDERED AND ADJUDGED** this the 26th day of August, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE