# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CIVIL ACTION: 3:08-cr-89-TSL-JCS |
| DWAYNE G. DEER | DEFENDANT |

## **ORDER**

THIS MATTER came before the Court on Peoples Bank of the South f/k/a Peoples Bank of Franklin County ("Peoples Bank") Motion to File Documents Under Seal. The Court, having reviewed the matter finds that the motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Peoples Bank's Motion to File Documents Under Seal, specifically its Motion for Disclosure of Grand Jury Documents is hereby granted.

SO ORDERED, this the 22nd day of March, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE